UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIX RIOS, | : | CIVIL ACTION NO: |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCE STORES COMPANY, INCORPORATED, | : | |
| Defendant. | : | MAY 22, 2019 |
| | : | |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant, Advance Stores Company, Incorporated, respectfully states:

1. On or about April 24, 2019, an action was commenced against Defendant in the Superior Court for the Judicial District of Hartford, in the State of Connecticut, entitled *Felix Rios v. Advance Stores Company, Inc.*, bearing Docket No. HHD-CV19-6111478-S, with the service of a Summons, Complaint, and Statement of Amount in Demand. Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2. This action is removed to this Court on the ground that original jurisdiction exists pursuant to 28 U.S.C. § 1331, federal question jurisdiction. Plaintiff Felix Rios alleges that Defendant Advance Stores Company, Incorporated violated his rights under the Family and Medical Leave Act, 29 U.S.C. § 2612 *et seq*.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. Defendant Advance Stores Company, Incorporated first received the complaint

upon which this removal is based by service on April 24, 2019. Therefore, this Petition for Removal is filed with this Court within thirty (30) days, as calculated under Rule 6 of the Federal Rules of Civil Procedure.

5. Defendant Advance Stores Company, Incorporated submits this Petition for Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

6. This Petition will be filed promptly with the Superior Court for the Judicial District of Hartford, as required by 28 U.S.C. § 1446(d).

7. By copy of this document and in accordance with the Certificate of Service, Defendant Advance Stores Company, Incorporated is providing notice to all parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Advance Stores Company, Incorporated respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Hartford, be removed to this Court.

DEFENDANT,
ADVANCE STORES COMPANY,
INCORPORATED

By: /s/ *Holly L. Cini*
Holly L. Cini (ct 16388)
Justin E. Theriault (ct 28568)
cinih@jacksonlewis.com
Justin.theriault@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 22, 2019, a copy of foregoing was served by first class mail, postage prepaid on Plaintiff's counsel of record:

>Andrew B.F. Carnabuci
>Cicchiello & Cicchiello, LLP
>364 Franklin Avenue
>Hartford, CT 06114

>>*/s/ Justin E. Theriault*
>>Justin E. Theriault